■ In the Matter of JOHN COOPER, Respondent, v CITY OF NEW YORK, Respondent, and NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants. [64 NYS3d 550]—

Order and judgment (one paper), Supreme Court, New York County (Shlomo Hagler, J.), entered April 18, 2016, inter alia, annulling respondent Department of Education's determination, dated November 24, 2014, which terminated petitioner's probationary service and denied him a certificate of completion of probation, unanimously reversed, on the law, without costs, the petition denied, and the proceeding brought pursuant to CPLR article 78 dismissed.

Petitioner failed to establish that his probationary service as a special services manager was terminated in bad faith or for an impermissible purpose (see Matter of Brown v City of New York, 280 AD2d 368 [1st Dept 2001]). To the contrary, the record demonstrates that respondent had a good faith reason for its determination, i.e., petitioner's unsatisfactory performance. The record shows there were issues with petitioner's leadership, communication and project management skills. Moreover, these issues persisted despite his supervisor's repeated advice that he needed to improve and her efforts to assist him.

To the extent petitioner argues that the annulment of his termination should be affirmed because of procedural deficiencies in the internal review process, this argument is unpreserved and in any event unavailing. Any deviations from internal procedures did not deprive petitioner of a substantial right or undermine the fairness and integrity of the review process (see Matter of Cho-Brellis v Board of Educ. of the City Sch. Dist. of the City of N.Y., 149 AD3d 411 [1st Dept 2017]). Concur—Tom, J.P., Friedman, Andrias and Gesmer, JJ.